CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 5:02cr30041-004 |
| Respondent, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM PETTIS, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Petitioner. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED and ADJUDGED** that Pettis' 28 U.S.C. § 2255 motion is **DISMISSED** without prejudice as successive; and this action is **STRICKEN** from the active docket of the court.

Further, finding that Pettis has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER:** November 29, 2010.

_____
UNITED STATES DISTRICT JUDGE